Derek H. Lim (Bar No. 209496)
Chad D. Greeson (Bar No. 251928)
ARCHER NORRIS
A Professional Law Corporation
2033 North Main Street, Suite 800
Walnut Creek, California 94596-3759
Telephone:    925.930.6600
Facsimile:    925.930.6620
dlim@archernorris.com
cgreeson@archernorris.com

Attorneys for Defendant
SWIFT TRANSPORTATION CO. OF ARIZONA, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JAMES HUDSON,<br><br>             Plaintiff,<br><br>       v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, and DOES 1 through 50, inclusive,<br><br>             Defendant. | Fed. Case No. 2:16-CV-01291-MCE-DB<br>[Honorable Morrison C. England, Jr.]<br><br>**ORDER GRANTING JOINT STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that "all discovery, with the exception of expert discovery, shall be completed no later than three hundred sixty-five (365) days from the date of removal of this action to federal court."  All of other the dates are to remain as set forth in the Court's Initial Pretrial Scheduling Order.

IT IS SO ORDERED.

Dated: August 10, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE