1  Derek H. Lim (Bar No. 209496)
   Chad D. Greeson (Bar No. 251928)
2  Yen P. Chau (Bar No. 221087)
   ARCHER NORRIS
3  A Professional Law Corporation
   2033 North Main Street, Suite 800
4  Walnut Creek, California 94596-3759
   Telephone:  925.930.6600
5  Facsimile:  925.930.6620
   dlim@archernorris.com
6  cgreeson@archernorris.com

7

Attorneys for Defendant
8  SWIFT TRANSPORTATION CO. OF ARIZONA,
   LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JAMES HUDSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendant. | Fed. Case No. 2:16-CV-01291-MCE-DB<br>[Honorable Morrison C. England, Jr.]<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO COMPLETE FACT DISCOVERY SET FORTH IN COURT'S FEBRUARY 27, 2017 SCHEDULING ORDER**<br><br>Trial Date:<br>Time:<br>Courtroom: |

TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff JAMES HUDSON ("Plaintiff") and Defendant SWIFT TRANSPORTATION CO. OF ARIZONA, LLC ("Defendant") by and through their counsel of record in this action, hereby agree and stipulate as follows:

1.　　Derek Lim, counsel for Defendant Swift, is a caretaker for a close family member. Mr. Lim's relative is battling a serious medical condition and is expected to undergo urgent surgery within the next few weeks. Mr. Lim expects significant disruption to his work schedule as he provides necessary care, pre-surgery and post-surgery. To allow Mr. Lim the opportunity to focus on his family's health, without prejudice to his client, the parties agree upon the approval of

the Court, to continue all fact discovery and related deadlines by 120 days.

2. This Court has previously granted one continuation of trial and trial related deadlines on February 27, 2017.

3. Since then, counsel for both parties have worked diligently and cooperatively to complete fact discovery. The parties have exchanged written discovery requests and responses (request for admissions, special interrogatories, and requests for documents). Both parties have produced responsive documents. Additionally, Swift served supplemental initial disclosures. Counsel Lim is scheduled to take the deposition of plaintiff on October 6, 2017 in Arkansas, but likely needs to continue the deposition in light of the anticipated surgery.

4. The parties will participate in private mediation with Ramsay "Buzz" Wiesenfeld of Judicate West in Sacramento, California.

5. Based on the foregoing reasons, and for good cause shown, counsel for the parties stipulate to a continuance of the deadline for the close of fact discovery by 120 days.

6. The previous deadline for completion of fact discovery was December 6, 2017. With the Court's approval, the new deadline for completion of fact discovery will be April 5, 2018.

7. Pursuant to the Court's previous pre-trial orders, the deadline for the disclosure of expert witnesses is no later than sixty (60) days after the close of discovery. With a deadline of April 5, 2018, the deadline for expert disclosure is June 4, 2018. Within thirty (30) days after the designation of expert witnesses, any party may designate a supplemental list of expert witnesses.

8. Pursuant to the Court's previous pre-trial orders, the deadline for filing a dispositive motion is no later than one hundred eighty (180) days after the close of discovery. With a deadline of April 5, 2018 for the completion of fact discovery, the deadline for filing a dispositive motion will be on or before October 2, 2018.

9. Pursuant to the Court's previous pre-trial orders, if a dispositive motion is filed, the parties must file a Joint Notice of Trial Readiness not later than 30 days after receiving the Court's ruling on the last filed dispositive motion. If no dispositive motions are filed, the parties must file a Joint Notice of Trial Readiness not later than thirty (30) days after the close of

discovery. Thus, if no dispositive motions are filed, a Notice of Trial Readiness must be filed on or before May 7, 2018.

10. This brief extension of the deadline for fact discovery will allow Mr. Lim to care for his family member, and give the parties sufficient time to complete fact discovery, complete expert discovery, and prepare for ADR and/or trial.

11. It is submitted that there would be no prejudice to any of the parties by continuing these deadlines.

12. The parties agree to the foregoing dates, or any continued dates to which the Court agrees.

**IT IS SO STIPULATED:**

Dated: September 28, 2017  ARCHER NORRIS

*/s/ Chad D. Greeson*
Derek H. Lim
Chad D. Greeson
Attorneys for Defendant SWIFT TRANSPORTATION CO. OF ARIZONA, LLC

Dated: September 28, 2017  T. JAMES FISHER

*/s/ T. James Fisher*
T. James Fisher
Attorneys for Plaintiff

ORDER

Good cause appearing, it is hereby ordered that:

1. The current fact discovery cutoff date of December 6, 2017 is continued to April 5, 2018;

2. The current expert discovery cutoff date of February 3, 2018 is continued to June 4, 2018;

3. Within thirty (30) days after the designation of expert witnesses, any party may designate a supplemental list of expert witnesses;

4. The current deadline to file dispositive motions, June 2, 2018, is continued to October 2, 2018.

5. The parties must file a Joint Notice of Trial Readiness not later than 30 days after receiving the Court's ruling on the last filed dispositive motion.

6. If no dispositive motions are filed, the parties must file a Joint Notice of Trial Readiness on or before May 7, 2018.

IT IS SO ORDERED.

Dated: October 5, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE