**T. JAMES FISHER, SBN 064079**
1721 Court Street
P.O. Box 990460
Redding, CA  96099-0460
Telephone No. 530/244-0909
Facsimile No. 530/244-0923

Attorney for Plaintiff, **JAMES HUDSON**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JAMES HUDSON,<br><br>   Plaintiff,<br><br>vs.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,<br>and DOES 1 through 50 inclusive,<br><br>   Defendants. | Case No.: 2:16-CV-01291-MCE-DB<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER THEREON** |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys to dismiss the above-referenced case with prejudice pursuant to the Confidential Settlement Agreement and General Release of All Claims fully executed by the parties and their counsel.

///

///

///

///

DATED: March 22, 2018

LAW OFFICES OF T. JAMES FISHER


/S/_____
T. JAMES FISHER
Attorney for PLAINTIFF
**JAMES HUDSON**

DATED: March 22, 2018


ARCHER NORRIS


/S/_____
Derek H. Lim
Chad D. Greeson
Attorneys for Defendant, SWIFT
TRANSPORTATION CO. OF ARIZONA
LLC

**ORDER**

Based on the foregoing stipulation and otherwise finding good cause therefore, it is hereby ordered that this entire action be dismissed in its entirety, with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 26, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE